UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN BRAA,

        Petitioner,

  v.

JEFF UTTECHT,

        Respondent.

Case No. C12-1654RSL

ORDER DENYING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

This matter comes before the Court on petitioner's "Motion for Extension of Time to File Appeal to Ninth Circuit Court of Appeals and Seek in Forma Pauperis Status." Dkt. # 24. Pursuant to Fed. R. App. P. 4(a)(5), regardless of whether a motion to extend the time to file an appeal is filed within thirty or sixty days of the entry of judgment, the movant must show "excusable neglect or good cause" for the extension. Petitioner has not offered any excuse or justification for the requested relief.

The motion for an extension of time is, therefore, DENIED.

Dated this 23rd day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME TO
FILE NOTICE OF APPEAL